IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFEPORT SCIENCES LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>W.L. GORE & ASSOCIATES, INC.,<br><br>                     Defendant. | Civ. No. 12-cv-01792-GMS |
| LIFEPORT SCIENCES LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>MEDTRONIC, INC. and<br>MEDTRONIC VASCULAR, INC.,<br><br>                     Defendants. | Civ. No. 12-cv-01793-GMS |

**STIPULATED [PROPOSED] ORDER STAYING PROCEEDINGS**

WHEREAS, Plaintiff LifePort Sciences LLC ("LifePort") filed suit against Defendants Medtronic, Inc. and Medtronic Vascular, Inc. (together, "Medtronic") in Civil Action No. 12-cv-01793-GMS, alleging infringement of U.S. Patent Nos. 5,562,728 (the "'728 patent") and 7,147,662 (the "'662 patent") (together, the "patents-in-suit");

WHEREAS, LifePort filed suit against Defendant W.L. Gore & Associates, Inc. ("W.L. Gore") in Civil Action No. 12-cv-01792-GMS, alleging infringement of, *inter alia*, the '728 patent;

WHEREAS, Medtronic filed petitions requesting *inter partes* review of the patents-in-suit with the United States Patent and Trademark Office (the "USPTO") on December 23, 2013, assigned case numbers IPR2014-00284 and IPR2014-00288 (together, the "IPRs");

WHEREAS, LifePort and Medtronic have agreed to stay all proceedings in Civil Action No. 12-cv-01793-GMS pending resolution of the IPRs, through final appeal;

WHEREAS, LifePort and W.L. Gore have agreed to stay proceedings related solely to the '728 patent in Civil Action No. 12-cv-01792-GMS pending resolution of *inter partes* review proceeding IPR2014-00284, through final appeal;

WHEREAS, the parties having come before the Court on June 23, 2014, and good cause appearing;

IT IS HEREBY STIPULATED THAT:

1. *LifePort Sciences LLC v. Medtronic, Inc. et al.*, Civil Action No. 12-cv-01793-GMS, is stayed in its entirety pending the USPTO's resolution of IPR2014-00284 and IPR2014-00288, through final appeal.

2. *LifePort Sciences LLC v. W.L. Gore & Associates, Inc.*, Civil Action No. 12-cv-01792-GMS, is stayed with respect to all issues related solely to U.S. Patent No. 5,562,728 pending the USPTO's resolution of IPR2014-00284, through final appeal.

//

//

Dated: June 24, 2014

By:   */s/ Brian E. Farnan*
    Brian E. Farnan (#4089)
    FARNAN LLP
    919 N. Market Street, 12th Floor
    Wilmington, Delaware 19801
    (215) 994-0300
    (302) 777-0301(fax)
    bfarnan@farnanlaw.com

    Martin J. Black
    Kevin M. Flannery
    DECHERT LLP
    2929 Arch St.
    Philadelphia, Pennsylvania 19104
    (215) 994-4000
    (215) 994-2222
    martin.black@dechert.com
    kevin.flannery@dechert.com

    *Counsel for Plaintiff*

By:   */s/ Paul J. Lockwood*
    Paul J. Lockwood (DE Bar No. 3369)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Paul.Lockwood@skadden.com
    Tel.: (302) 651-3000
    Fax: (302) 651-3001

    *Of the California Bar:*

    James J. Elacqua (*pro hac vice*)
    Ian Chen (*pro hac vice*)
    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
    525 University Avenue, Suite 1100
    Palo Alto, California 94301
    James.Elacqua@skadden.com
    Ian.Chen@skadden.com
    Tel.: (650) 470-4500
    Fax: (650) 470-4570

    *Counsel for Defendants,*
    *Medtronic, Inc. and Medtronic Vascular,*
    *Inc.*

|  |  |
|---|---|
|  | By: */s/ Pilar Gabrielle Kraman* <br> Pilar Gabrielle Kraman <br> YOUNG CONAWAY STARGATT <br>  & TAYLOR, LLP <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> P 302.571.6600 <br> F 302.576.3742 <br> PKraman@ycst.com |
| Theodore M. Budd <br> Lauren Frank <br> FAEGRE BAKER DANIELS LLP <br> 2200 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, Minnesota 55402 <br> ted.budd@faegrebd.com <br> lauren.frank@faegrebd.com <br> P 612.766.7000 <br> F 612.766.1600 | Nina Y. Wang <br> Joel D. Sayres <br> M. Ryan Clough <br> FAEGRE BAKER DANIELS LLP <br> 3200 Wells Fargo Center <br> 1700 Lincoln Street <br> Denver, Colorado 80203 <br> nina.wang@faegrebd.com <br> joel.sayres@faegrebd.com <br> ryan.clough@faegrebd.com <br> P 303.607.3500 <br> F 303.607.3600 <br> <br> *Counsel for Defendant W. L. Gore & Associates, Inc.* |

    IT IS SO ORDERED.

Dated: June ____, 2014

                                                      CHIEF, UNITED STATES DISTRICT JUDGE